IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ANDRE D. FLAGG-EL, #310 705,     ) | |
| ) | |
| Plaintiff,     ) | |
| ) | |
| v.     ) | CIVIL ACTION NO. 1:19-CV-909-WHA |
| ) | |
| HOUSTON COUNTY, *et al.*,     ) | |
| ) | |
| Defendants.     ) | |

## **ORDER**

This 42 U.S.C. action was filed on November 19, 2019. Doc. 1. The captioned action has been assigned to Plaintiff Andre Flagg-El. Flagg-El alleges violations of his constitutional rights stemming from the conditions of confinement at the Houston County Jail in Dothan, Alabama. Review of the complaint reflects it contains the signatures of numerous inmates who certify that they have an interest in the outcome of this action regarding the conditions of confinement at the Houston County Jail. Doc. 1 at 17–19, 21–23. The court therefore deems it appropriate to direct the Clerk to open separate civil actions for each inmate whose name appears on pages 17–19 and 21–23 of Document 1 and place a copy of the complaint (Doc. 1) and the page from Document 1 containing the inmate's signature to which the newly opened complaint is assigned in the newly opened case file, which will be deemed the operative complaint in those cases.

In light of the foregoing and because Plaintiff Flagg-El may not represent the rights of these other inmates, the Clerk of this court is hereby DIRECTED to:

1.   Open separate civil actions for each inmate whose name appears on pages 17–19 and 21–23 of Document 1of the instant complaint, with the exception of Plaintiff Flagg-El.

2.   Assign the newly opened cases in accordance with this court's normal assignment procedures.

3.   Place a copy of the complaint (Doc. 1), the page from Document 1 with the inmate's signature to which the newly opened civil action is assigned, and a copy of this order in the newly opened case files.

4.   Refer these case files to the appropriate Magistrate Judge for further proceedings upon completion of the foregoing directives.

Done, this 2nd day of December 2019.


        /s/   Charles S. Coody
        UNITED STATES MAGISTRATE JUDGE

2